Order issued October 30, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-10-00690-CV

## ARGO DATA RESOURCE CORPORATION AND MAX MARTIN, Appellants

### V.

## BALKRISHNA SHAGRITHAYA, INDIVIDUALLY AND DERIVATIVELY IN THE NAME OF ARGO DATA RESOURCE CORPORATION, Appellee

## ORDER

Before Justices Morris, Fillmore, and Myers

Appellee's September 13, 2012 Motion for En Banc Rehearing is **DENIED**.

JOSEPH B. MORRIS
JUSTICE